Granite Peak Law, PLLC
Gregory G. Costanza, Esq.
P.O. Box 635
Bozeman, Montana 59771
Gregory@GranitePeakLaw.com
(406) 586-0576
Attorney for Plaintiff

## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SCOTT WHITMIRE,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP A. WOLF; KATHLEEN CARRASCO (a/k/a KATHLEEN WOLF); BRADLEY A. WOLF; JENNIFER WOLF; WOLF AUTO GROUP, LLC; ALLIANCE CAPITAL GROUP, LLC; WOLF AUTO CENTER, LLC; WOLF'S INTERSTATE LEASING AND SALES, LLC; WOLF AUTO CENTER JACKSON, LLC; WOLF'S PINEDALE DODGE, LLC; WOLF'S WHITEHALL FORD, LLC; DAVID DELOACH; THOMAS E. RICE; NANCY K. RICE and Does 1 through 10,<br><br>    Defendants<br><br>_____ | Case 2:18-cv-00120-ABJ<br>Honorable Alan B. Johnson<br><br><br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS THOMAS E. RICE AND NANCY K. RICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Scott Whitmire and Defendants Thomas E. Rice and Nancy K. Rice, through counsel, hereby stipulate to the dismissal of all claims against Defendants Thomas E. Rice and Nancy K. Rice by Plaintiff Scott Whitmire, with each party to bear its own attorney's fees and costs.

Plaintiff Scott Whitmire's stipulation to dismiss Defendants Thomas E. Rice and Nancy K. Rice from this action is based on the facts asserted in the Affidavit of Daniel Manson, attorney for

Defendants Thomas E. Rice and Nancy K. Rice, filed contemporaneously herewith and the exhibits incorporated therein by reference.

Dated this 19th day of December, 2018.

Respectfully submitted,

**On behalf of Plaintiff Whitmire:**

By: _____/s/ Gregory G. Costanza_____
Granite Peak Law, PLLC
Gregory G. Costanza, Esq.
PO Box 635
Bozeman, Montana 59771
Gregory@GranitePeakLaw.com
(o) 406-586-0576
Attorney for Plaintiff

**On behalf of Defendants Thomas E. Rice and Nancy K. Rice:**

By: _____/s/ Daniel D. Manson_____

Daniel D. Manson
MANSON LAW FIRM, P.C.
P.O. Box 509
Butte, MT 59703
dan@mansonlawmt.com

## SIGNATURE CERTIFICATION
## CERTIFICATE OF SERVICE

I hereby certify that the content of this document is acceptable to Dan Manson, counsel for Defendants Thomas E. Rice and Nancy K. Rice, and that I have obtained Mr. Manson's authorization to affix his electronic signature to this document.

On December 19th, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System. To the best of my knowledge, all counsel to be served in this action, below, are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Gregory G. Costanza

Philip A. Nicholas
NICHOLAS & TANGEMAN
170 North 5th Street
PO Box 928
Laramie, Wyoming 82073-0928
T: (307) 742-7140
F: (307) 742-7160
Email: nicholas@wyolegal.com
*Attorney for Bradley A. Wolf, Jennifer Wolf and Wolf Auto Center LLC*

Daniel D. Manson
MANSON LAW FIRM, P.C.
P.O. Box 509
Butte, MT 59703
*Attorney for Defendants Thomas E. Rice and Nancy K. Rice*

M. Gregor Weisz
Scott Winsor Meier
PENCE & MACMILLAN
1720 Carey Avenue, Suite 600
PO Box 765
Cheyenne, WY 82003
307/638-0386
Fax: 307/634-0336
gweisz@penceandmac.com
smeier@penceandmac.com
*Attorneys for Defendant Phillip A. Wolf*

Jeffrey Marc Boldt
L. Cooper Overstreet
THE KUKER GROUP LLP
508 East 18th Street
Cheyenne, WY 82001
307/274-4444
Fax: 307/274-4443
jeffrey@kukerlaw.com
cooper@kukerlaw.com
*Attorneys for Defendant David Deloach*