IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

8:23 am, 5/12/22

Margaret Botkins
Clerk of Court

SCOTT WHITMIRE,

      Plaintiff,

VS.

KATHLEEN CARRASCO; KATHLEEN CARRASCO (a/k/a KATHLEEN WOLF); BRADLEY A. WOLF; JENNIFER WOLF; WOLF AUTO GROUP, LLC; ALLIANCE CAPITAL GROUP, LLC; WOLF AUTO CENTER, LLC; WOLF'S INTERSTATE LEASING AND SALES, LLC; WOLF AUTO CENTER JACKSON, LLC; WOLF'S PINEDALE DODGE, LLC; WOLF'S WHITEHALL FORD, LLC; and Does 1 through 10,

      Defendants.

Case No. 18-cv-00120-ABJ

## JUDGMENT

This court has now entered an order granting Defendant Alliance Capital Group LLC's *Motion to Dismiss*, ECF No. 111. It is therefore **ORDERED** and **ADJUDGED** that all claims against Defendant Alliance Capital Group LLC are **DISMISSED WITH PREJUDICE**.

Dated this 12Th day of May, 2022.

Alan B. Johnson
United States District Judge

1