

**FILED**

3:48 pm, 6/30/22

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SCOTT WHITMIRE,<br><br>       Plaintiff,<br><br>VS.<br><br>KATHLEEN CARRASCO (a/k/a KATHLEEN WOLF); BRAD A. WOLF; JENNIFER WOLF; WOLF AUTO GROUP, LLC; ALLIANCE CAPITAL GROUP, LLC; WOLF AUTO CENTER, LLC; WOLF'S INTERSTATE LEASING AND SALES, LLC; WOLF AUTO CENTER JACKSON, LLC; WOLF'S PINEDALE DODGE, LLC; WOLF'S WHITEHALL FORD, LLC; and Does 1 through 10,<br><br>       Defendants. | Case No.  2:18-CV-00120-ABJ |

## ORDER ALTERING CASE CAPTION

On June 18, 2021, this court ordered that the case caption be amended to remove Defendants Phillip A Wolf, David DeLoach, Thomas E. Rice, and Nany K Rice. ECF No. 63. That same day, the court directed Plaintiff to file within thirty days evidence that he served the remaining Defendants. ECF No. 63.

Plaintiff then offered evidence of service for Defendants Kathleen Carrasco; Brad Wolf; Jennifer Wolf; and Wolf Auto Center, LLC. ECF No. 64. Included within that was a waiver of summons signed by Kathleen Carrasco for herself; Wolf Auto Group, LLC;

1

2

Wolf's Interstate Leasing and Sales, LLC; Wolf's Pinedale Dodge, LLC; and Wolf's Whitehall Ford, LLC. ECF No. 64-5. This accounting of properly served Defendants is corroborated by the *Parties Joint Rule 26(f) Report*. ECF No. 125 at 2. Because Wolf Auto Center Jackson, LLC and Does 1 through 10 have not been properly served or otherwise accepted service, the court orders that they be removed from the caption at this time. *See* ECF No. 125 at 2.

Additionally, on May 12, 2022, this court granted Defendant Alliance Capital Group, LLC's *Motion to Dismiss*, and dismissed the claims against it with prejudice. ECF Nos. 121 & 122. For that reason, this court also orders that Defendant Alliance Capital Group, LLC be removed from the caption.

For these reasons, it is **ORDERED** Alliance Capital Group LLC; Wolf Auto Center Jackson, LLC; and Does 1 through 10 are **REMOVED** from the caption.

Dated this 30th day of June, 2022.

Alan B. Johnson
United States District Judge