IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

9:49 am, 7/1/22

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| SCOTT WHITMIRE,<br><br>Plaintiff,<br><br>VS.<br><br>KATHLEEN CARRASCO (a/k/a KATHLEEN WOLF); BRAD A. WOLF; JENNIFER WOLF; WOLF AUTO GROUP, LLC; ALLIANCE CAPITAL GROUP, LLC; WOLF AUTO CENTER, LLC; WOLF'S INTERSTATE LEASING AND SALES, LLC; WOLF AUTO CENTER JACKSON, LLC; WOLF'S PINEDALE DODGE, LLC; WOLF'S WHITEHALL FORD, LLC; and Does 1 through 10,<br><br>Defendants. | Case No. 2:18-CV-00120-ABJ |

## ORDER ALTERING CASE CAPTION: WOLF AUTO GROUP, LLC

On June 29, 2022, this court held an Initial Pretrial Conference in this matter. During that conference, this court discussed altering the case caption to exclude Wolf Auto Group, LLC, because a judgment in Plaintiff's favor has already been awarded against Wolf Auto Group, LLC. Because that judgment has already been entered, this court finds it appropriate to remove Wolf Auto Group, LLC from this case's caption.

1

2

For these reasons, it is **ORDERED** Wolf Auto Group, LLC is **REMOVED** from the caption.

Dated this 1st day of ~~June~~ July, 2022.

Alan B. Johnson
United States District Judge

2