

**FILED**

11:57 am, 5/19/23

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SCOTT WHITMIRE,<br><br>Plaintiff,<br><br>VS.<br><br>KATHLEEN CARRASCO (a/k/a KATHLEEN WOLF); BRADLEY A. WOLF; JENNIFER WOLF; WOLF AUTO CENTER, LLC; WOLFS INTERSTATE LEASING AND SALES, LLC; WOLFS PINEDALE DODGE, LLC; and WOLF'S WHITEHALL FORD, LLC;<br><br>Defendants. | Case No.  18-CV-00120-ABJ |

## JUDGMENT

The above-entitled action came before the Court on *Defendants Brad and Jennifer Wolf's Motion for Summary Judgment* (ECF No. 139), *Defendants Kathleen Carrasco a/k/a Kathleen Wolf, and Wolf's Whitehall Ford LLC's Joint Motion for Summary Judgment* (ECF No. 142), and *Defendants Wolf Interstate Leasing and Sales LLC, Wolf Auto Center Jackson LLC, Wolf's Pinedale Dodge LLC, & Wolf Auto Center, LLC, a South Dakota Limited Liability Company's Joint Motion for Summary Judgment* (ECF No.144). ECF Nos. 139, 142, 144. The Court has entered its separate *Order* Granting

Defendants' Motions for Summary Judgment on all claims.[1] The Court, therefore, **ORDERS, ADJUDGES, AND DECREES** that for the reasons stated in the Court's *Order* this action is **DISMISSED WITH PREJUDICE**.

Dated this 19th day of May, 2023.

Alan B. Johnson
United States District Judge

---

[1] Plaintiff brought five claims: (1) reverse piercing/alter ego against all LLC Defendants; (2) breach of contract against all LLC Defendants except Wolf Auto Group; (3) violation of RICO against all Defendants; (4) fraudulent transfer against all Defendants; and (5) unjust enrichment/constructive trust against all Defendants. ECF No. 1.